UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

        Plaintiff,

v.                              Case No. 21-M-508 (SCD)

BRIAN LARIETH BELL,

        Defendant.

## MOTION FOR LEAVE TO DISMISS COMPLAINT

The plaintiff, United States of America, by its attorneys Richard G. Frohling, Acting United States Attorney for the Eastern District of Wisconsin, and Stephen A. Ingraham, Assistant United States Attorney for said district, hereby seeks leave of the Court to dismiss the complaint in the above-captioned case, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

Respectfully submitted this 3rd day of December, 2021.

                              RICHARD G. FROHLING
                              Acting United States Attorney

By:

                              s/Stephen A. Ingraham
                              Assistant United States Attorney
                              Wisconsin Bar Number 1009890
                              stephen.ingraham@usdoj.gov
                              Office of the United States Attorney
                              517 East Wisconsin Avenue, Room 530
                              Milwaukee, Wisconsin 53202
                              Telephone: (414) 297-1700