UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

       Plaintiff,

v.                                      Case No. 21-M-508 (SCD)

BRIAN LARIETH BELL,

       Defendant.

## ORDER GRANTING THE GOVERNMENT'S MOTION FOR LEAVE TO DISMISS COMPLAINT

Upon motion of the United States, and pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure,

**IT IS ORDERED** that the United States is granted leave to dismiss the complaint in the above-captioned case.

Dated at Milwaukee, Wisconsin, this _____ day of December, 2021.

_____
NANCY JOSEPH
United States Magistrate Judge
Eastern District of Wisconsin